## 62257. REECE et al. v. THE STATE.

QUILLIAN, Chief Judge.

The defendants appeal their conviction for the sale of methaqualone, a Schedule II drug. See Georgia Controlled Substances Act, Code Ann. § 79A-807 (e) (1) (Ga. L. 1974, pp. 221, 235; as amended through 1980, pp. 1746, 1752). Two errors are enumerated: 1) "the trial court erred in refusing to allow the counsel for Appellants to examine the document used by the police officer to refresh his memory"; 2) "the trial court erred in the Poll of the jury, and refused to ask if the verdict was still the verdict of the jury." *Held:*

1. During cross-examination, counsel for the defendants was not entitled to examine the document utilized by the state's witness to refresh his memory. *McEachin v. State,* 245 Ga. 606 (5) (266 SE2d 210). Accord, *Smith v. Smith,* 222 Ga. 313, 315 (149 SE2d 683); *Shouse v. State,* 231 Ga. 716, 718 (203 SE2d 537); *Jackson v. State,* 242 Ga. 692 (251 SE2d 282).

2. The trial judge's poll of the jury was in substantial compliance with the requirements set forth in such cases as *Wilson v. State,* 93 Ga. App. 375 (2) (91 SE2d 854), and *Burnett v. State,* 240 Ga. 681, 688 (11) (242 SE2d 79).

*Judgment affirmed. McMurray, P. J., and Pope, J., concur.*

DECIDED SEPTEMBER 8, 1981 —
REHEARING DENIED OCTOBER 15, 1981 — 

*William G. Posey,* for appellants.
*William A. Foster III, District Attorney, Frank C. Winn, Assistant District Attorney,* for appellee.